IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01531-WDM-MEH

B & R PLASTICS, INC.,

    Plaintiff,

v.

THE CHAIN DRUG CONSORTIUM, LLC., et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court construes Plaintiff's Unopposed Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 24, 2007.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge